UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF KENTUCKY
CENTRAL DIVISION
LEXINGTON

Eastern District of Kentucky
FILED
OCT 1 6 2025
AT LEXINGTON
Robert R. Carr
CLERK U.S. DISTRICT COURT

UNITED STATES OF AMERICA

V.

INDICTMENT NO. _____
18 U.S.C. § 2261A(2)

MICHAEL AUSTIN BOWLIN

\*   \*   \*   \*   \*

**THE GRAND JURY CHARGES:**

From in or about January 2021, and continuing through on or about November 24, 2024, in Madison County, in the Eastern District of Kentucky, and elsewhere,

**MICHAEL AUSTIN BOWLIN,**

with the intent to kill, injure, harass, intimidate, and place under surveillance with intent to kill, injure, harass, and intimidate another person, that is, J.M., knowingly used any interactive computer service, electronic communication service, electronic communication system of interstate commerce, and any other facility of interstate and foreign commerce to engage in a course of conduct that placed J.M. in reasonable fear of death or serious bodily injury and caused, attempted to cause, and would be reasonably expected to cause J.M. substantial emotional distress.

**MICHAEL AUSTIN BOWLIN** committed this crime of stalking in violation of a temporary or permanent civil or criminal injunction, restraining order, no-contact order, or other order described in Section 2266 of Title 18, United States Code, that is, a Temporary

Order of Protection, Order No. 2021-015019, issued by the Family Court of the State of New York, Kings County, Brooklyn, New York, on July 21, 2021, and a Temporary Order of Protection, Order No. 2021-020904, issued by the Family Court of the State of New York, Kings County, Brooklyn, New York, on October 7, 2021.

PAUL C. McCAFFREY
ACTING UNITED STATES ATTORNEY

## **PENALTIES**

Not less than 1, nor more than 5, years' imprisonment, not more than a $250,000 fine, and not more than 3 years' supervised release.

**PLUS:**  Mandatory special assessment of $100.

**PLUS:**  Restitution, if applicable.